# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY HERNANDEZ, | ) | NO. CV 08-4955 PA (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| BEN CURRY, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 26, 2009.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE